UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 14-00843 MMM (VBKx) | Date | August 14, 2014 |

| | |
|---|---|
| Title | *Gregory Thomas v. Safeguard Properties Management LLC* |

| | |
|---|---|
| Present: The Honorable | MARGARET M. MORROW |

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   **Discharge of Order to Show Cause Regarding Lack of Subject Matter Jurisdiction**

On August 5, 2014, the court issued an order to show cause why this case should not be remanded to state court for lack of subject matter jurisdiction.[1] On August 11, 2014, defendant Safeguard Properties Management, LLC, responded to the order to show cause.[2] The court deems the response satisfactory, and discharges the order to show cause.

---

[1] Order to Show Cause, Docket No. 15 (Aug. 5, 2014).

[2] Response to Order to Show Cause, Docket No. 16 (Aug. 11, 2014).