JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY THOMAS, | ) | CASE NO. CV 14-00843-MMM(VBKx) |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | ORDER DISMISSING CIVIL ACTION |
| | ) | |
| | ) | |
| SAFEGUARD PROPERTIES | ) | |
| MANAGEMENT, LLC., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within  45  days, to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED:   December 12, 2014

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE